

# NUMBER 13-15-00593-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE TRACEY W. MURPHY

### On Petition for Writ of Mandamus and Writ of Injunction.

# ORDER

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

Relator, Tracey W. Murphy, proceeding pro se, filed a petition for writ of mandamus and writ of injunction in the above cause on December 14, 2015. Relator contends that prison officials have confiscated all of his legal papers pertaining to his previous appeals and his current appeal, now pending in this Court in our cause number 13-15-00324-CV: *Tracey W. Murphy v. Christopher Pauley, et al.*, arising from trial court cause number B-14-1508-CV-C in the 343rd District Court of Bee County, Texas. Relator contends that he is being denied access to courts and cannot file his brief in the pending appeal without the confiscated papers and other legal materials.

Article V, Section 6 of the Texas Constitution specifies the appellate jurisdiction of the courts of appeals, and states that the courts of appeals "shall have such other jurisdiction, original and appellate, as may be prescribed by law." TEX. CONST. art. V, § 6 (West, Westlaw through 2015 R.S.). This Court's original jurisdiction is governed by section 22.221 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 22.221 (West, Westlaw through 2015 R.S.); *see also In re Cook*, 394 S.W.3d 668, 671 (Tex. App.—Tyler 2012, orig. proceeding). In pertinent part, this section provides that we may issue writs of mandamus and "all other writs necessary to enforce the jurisdiction of the court." *See id.* § 22.221(a). We have original jurisdiction as necessary to protect our jurisdiction over a pending appeal. *See generally id.* § 22.221; *In re Richardson*, 327 S.W.3d 848, 851 (Tex. App.—Fort Worth 2010, orig. proceeding); *In re Phillips*, 296 S.W.3d 682, 684 (Tex. App.—El Paso 2009, orig. proceeding); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding); *see also In re Linder*, No. 13-12-00391-CV, 2012 WL 2928263, at *1 (Tex. App.—Corpus Christi June 20, 2012, orig. proceeding) (per curiam) (mem. op.).

The Court requests that Christopher Pauley, the Office of the Attorney General, and Jeffrey Catoe, Senior Warden of the George Beto Unit at the Texas Department of Criminal Justice, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of December, 2015.